**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6893**

THOMAS PRIETO,

Plaintiff - Appellant,

v.

BRICK TRIPP; SHANNON DUNLOW; DR. LAWRENCE LARABEE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:17-ct-03234-D)

Submitted:  January 17, 2019                    Decided:  January 22, 2019

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thomas Prieto, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Prieto appeals the district court's order dismissing without prejudice his civil action because no certification as required by Rule 9(j) of the North Carolina Rules of Civil Procedure was included in the pleadings. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Prieto v. Tripp*, No. 5:17-ct-03234-D (E.D.N.C. May 24, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*